FILED

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)
TEH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

Plaintiff,

vs.

D. HERRICK, et. al.

Defendant.

CV 08 3154

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, MARVIN G. HOLLIS declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____NONE_____ Net: _NONE_____

Employer: _____NONE_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Around 2004-2005 as a cook at Salinas valley
5  state prison. I was making Inmate pay of
6  $36.00 a month.
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                    Yes ___ No _X_
10            self employment
11      b.    Income from stocks, bonds,                 Yes ___ No _X_
12            or royalties?
13      c.    Rent payments?                             Yes ___ No _X_
14      d.    Pensions, annuities, or                    Yes ___ No _X_
15            life insurance payments?
16      e.    Federal or State welfare payments,         Yes ___ No _X_
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____NONE_____
22  _____
23  3.    Are you married?                               Yes ___ No _X_
24  Spouse's Full Name: ___NONE___
25  Spouse's Place of Employment: _NONE_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ __0 NONE__ Net $ _0_ NONE
28  4.    a.    List amount you contribute to your spouse's support:$ _0_ NONE

PRIS. APP. TO PROC. IN FORMA PAUPERIS             - 2 -

| | | |
|---|---|---|
|1| b. | List the persons other than your spouse who are dependent upon you for |
|2| | support and indicate how much you contribute toward their support. (NOTE: |
|3| | For minor children, list only their initials and ages. DO NOT INCLUDE |
|4| | THEIR NAMES.). |

5  _____ None _____

6  _____

7  5.  Do you own or are you buying a home?   Yes ____ No X

8  Estimated Market Value: $ None   Amount of Mortgage: $ N/A

9  6.  Do you own an automobile?   Yes ____ No X

10 Make  N/A   Year  N/A   Model  N/A

11 Is it financed? Yes N/A  No N/A  If so, Total due: $ N/A

12 Monthly Payment: $ N/A

13 7.  Do you have a bank account?  Yes ____ No X  (Do not include account numbers.)

14 Name(s) and address(es) of bank:  N/A

15 _____

16 Present balance(s):  $ .0   N/A

17 Do you own any cash?  Yes ____ No X  Amount: $ .0

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes ____ No X

20 _____

21 8.  What are your monthly expenses?

22 Rent: $ 10   Utilities: .0

23 Food: $ .0   Clothing: .0

24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
|26 none | $ N/A | $ N/A |
|27 | $ N/A | $ N/A |
|28 | $ N/A | $ N/A  9. Do |

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | $7050.00 Restitution to LA County superior court.
4 | Court fees to Northern District's Eastern District amount unknown.
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits? Yes ___ No X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed. (void)
9 | Hollis v. Kaplan #C-06-2790-TEH-PR, Hollis v. Villanueva et al,
10 | #C-07-4538 TEH-PR, Hollis v. Medina #C-07-2980-TEH-PR
11 | I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 | I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | 6-15-08           Marvin Glenn Hollis
17 | DATE              SIGNATURE OF APPLICANT

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _MARVIN GLENN HOLLIS_ for the last six months at

_High desert state PRISON_ [prisoner name]
~~_____~~ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0.00_.

Dated: _6-18-08_    _[signature]_ (Sup)
                    [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/18/08
                                                                     PAGE NO:           1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 HIGH DESERT STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: DEC. 18, 2007 THRU JUN. 18, 2008

ACCOUNT NUMBER : E37508                          BED/CELL NUMBER: FCB8T1000000127L
ACCOUNT NAME   : HOLLIS, MARVIN                  ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                                TRUST ACCOUNT ACTIVITY

           << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

 DATE      HOLD
PLACED     CODE         DESCRIPTION              COMMENT              HOLD AMOUNT
--------   -----   --------------------       -------------          -------------
02/26/2008  H110   COPIES HOLD                 3635COPIES                    0.72
02/26/2008  H110   COPIES HOLD                 3635COPIES                    0.84
02/26/2008  H110   COPIES HOLD                 3635COPIES                    0.90
02/26/2008  H110   COPIES HOLD                 3635COPIES                    0.40
02/26/2008  H110   COPIES HOLD                 3635COPIES                    0.10
05/27/2008  H109   LEGAL POSTAGE HOLD          5522 05/19                    1.34
05/27/2008  H109   LEGAL POSTAGE HOLD          5522 05/19                    2.36
05/28/2008  H109   LEGAL POSTAGE HOLD          5535 05/27                    1.00
05/28/2008  H109   LEGAL POSTAGE HOLD          5535 05/27                    1.51
05/28/2008  H118   LEGAL COPIES HOLD           5538 05/27                   13.80
05/28/2008  H118   LEGAL COPIES HOLD           5538 05/27                    2.00
05/28/2008  H118   LEGAL COPIES HOLD           5538 05/27                    0.60
05/28/2008  H109   LEGAL POSTAGE HOLD          5579 05/28                    4.20
06/02/2008  H109   LEGAL POSTAGE HOLD          5727 06/05                    1.00
06/05/2008  H109   LEGAL POSTAGE HOLD          5907 06/13                    1.68
06/13/2008  H109   LEGAL POSTAGE HOLD          5907 06/13                    1.17
06/13/2008  H109   LEGAL POSTAGE HOLD          5907 06/13                    1.17

                              TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL         TOTAL         CURRENT       HOLDS       TRANSACTIONS
 BALANCE       DEPOSITS    WITHDRAWALS      BALANCE      BALANCE      TO BE POSTED
---------     ---------    -----------     ---------    ---------    -------------
    0.00           0.00         0.00          0.00        34.79             0.00

                                                             CURRENT
                                                            AVAILABLE
                                                             BALANCE
                                                          -------------
                                                                34.79-
```