IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLEN HOLLIS, | No. C-08-3154 TEH (PR) |
|     Plaintiff, | ORDER FOR COUNSEL TO RESPOND TO ORDER OF THE COURT |
|   v. | |
| DEBRA HERRICK, et al., | |
|     Defendants. | |

On August 21, 2012, the Court ordered Salinas Valley State Prison (SVSP) officials, the SVSP litigation coordinator and counsel for Defendants to provide Plaintiff with information regarding the location of Defendant Debra Herrick or, if they preferred, to file Herrick's information with the Court under seal. See Dkt. no. 57. A response was due thirty days from the date of the August 21, 2012 Order. The Court has not yet been notified that Plaintiff has received information regarding Herrick's location or that this information has been filed with the Court. Therefore, within seven days from the date of this Order, Defendants' counsel is to file a declaration, under seal, with Herrick's address and, if that

information is not known, to indicate what steps have been taken to locate her.

IT IS SO ORDERED.

DATED  *11/19/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.08\Hollis08-3154 Def Response re Herrick .wpd

2