IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLEN HOLLIS, | No. C-08-3154 TEH (PR) |
| Plaintiff, | |
| v. | ORDER REGARDING NOTICE OF SETTLEMENT |
| DEBRA HERRICK, et al., | |
| Defendants. | Docket No. 87 |

On January 16, 2013, Defendants in this pro se prisoner civil rights case filed a Notice of Settlement.  The Notice indicates that the parties have reached a settlement of all claims and that the written settlement agreement contains the following provisions: (1) Plaintiff has signed a stipulation for a voluntary dismissal with prejudice of the entire action, which Defendants may file when they perform their obligations under the agreement; and (2) on behalf of Defendants, the California Department of Corrections and Rehabilitation shall provide Plaintiff with a television set from its surplus and, within 180 days, shall pay Plaintiff a specified sum of money.  The parties request that the case remain open until Defendants file the stipulation for voluntary dismissal and that all scheduled matters be vacated.

The Court grants the parties' request to vacate all scheduled pending matters which include: (1) Defendants' motion to dismiss and for summary judgment (docket #73); (2) Plaintiff's cross-motion for summary judgment (docket #79); (3) Plaintiff's motion to strike (docket #80); and (4) Defendants' motion to stay discovery (docket #84). The Clerk shall vacate the dates on which responses are scheduled to be filed in these motions.

If, within six months from the date of this Order, Defendants have not filed the stipulation for voluntary dismissal, they shall file a declaration indicating the reasons they have not done so.

IT IS SO ORDERED.

DATED   *01/17/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.08\Hollis08-3154 Sttlemt.wpd

2