IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GLEN HOLLIS, | No. C-08-3154 TEH (PR) |
|     Plaintiff, | |
|     v. | ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT |
| DEBRA HERRICK, et al., | |
|     Defendants. | Docket No. 92 |

On January 16, 2013, Defendants in this pro se prisoner civil rights case filed a Notice of Settlement. The Notice indicated that the parties reached a settlement of all claims and that Plaintiff had signed a stipulation for a voluntary dismissal with prejudice of the entire action, which Defendants would file when they performed their obligations under the settlement agreement.

On February 22, 2013, Plaintiff filed a hand-written request for dismissal with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (voluntary dismissal pursuant to parties' stipulation), according to the parties' settlement of all claims on January 10, 2013. Attached to Plaintiff's request for dismissal is the stipulation for voluntary dismissal that Plaintiff signed on

January 10, 2013.

      Therefore, pursuant to the settlement entered into by all parties, the Court dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      The Clerk shall terminate all pending motions and close the file.

      IT IS SO ORDERED.

DATED    _03/18/2013_                               
**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\CR.08\Hollis08-3154 Vol Dis per Sttlmt.wpd